UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Michelle L Garza

Debtor(s)

Case No. 11 B 09988

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/10/2011.

2) The plan was confirmed on 05/04/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/04/2011, 10/19/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 09/29/2014.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| **Receipts:** | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,155.00 |
| Less amount refunded to debtor | $232.50 |
| **NET RECEIPTS:** | **$18,922.50** |

| **Expenses of Administration:** | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,854.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $809.78 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,663.78** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AES/Educaid | Unsecured | 1,313.00 | NA | NA | 0.00 | 0.00 |
| Aes/Slm Ecfc | Unsecured | 5,003.00 | NA | NA | 0.00 | 0.00 |
| Aes/Slm Ecfc | Unsecured | 3,212.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 370.41 | 815.96 | 815.96 | 0.00 | 0.00 |
| Applied Bank | Unsecured | 1,002.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 457.00 | 457.00 | 457.00 | 0.00 | 0.00 |
| CCO Mortgage/RBS Citizens | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Childrens Place | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 292.80 | 536.80 | 536.80 | 0.00 | 0.00 |
| Collect Systems | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Collect Systems | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Collect Systems | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Collect Systems | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Collection | Unsecured | 983.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 847.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services Inc | Unsecured | 1,682.90 | 1,682.90 | 1,682.90 | 0.00 | 0.00 |
| Devry Inc | Unsecured | NA | 916.73 | 916.73 | 0.00 | 0.00 |
| FedLoan Servicing | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| FedLoan Servicing | Unsecured | 6,000.00 | 9,806.18 | 9,806.18 | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 485.44 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,111.78 | 1,078.80 | 1,078.80 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Household Orchard | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Card Services Inc | Unsecured | 746.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 6,276.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 10,294.00 | 10,654.08 | 10,654.08 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 4,029.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 1,641.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 350.00 | 350.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 268.32 | 268.32 | 0.00 | 0.00 |
| LVNV Funding | Unsecured | 990.91 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 152.00 | 151.93 | 151.93 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,002.21 | 1,002.21 | 1,002.21 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 847.00 | 1,269.39 | 1,269.39 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 57.00 | 37.67 | 37.67 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| RoundUp Funding LLC | Unsecured | 234.29 | NA | NA | 0.00 | 0.00 |
| RoundUp Funding LLC | Unsecured | 627.92 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Hospital & Medical Center | Unsecured | 50.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| State Farm Insurance Co | Unsecured | 5,495.87 | 5,637.41 | 5,637.41 | 0.00 | 0.00 |
| Swiss Colony | Unsecured | 243.31 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Secured | 14,596.16 | 14,596.16 | 14,596.16 | 12,979.67 | 1,279.05 |
| Toyota Motor Credit Corporation | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Watchovia | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/Dress Barn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Woman's Workout World | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| WOW Internet & Cable | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $14,596.16 | $12,979.67 | $1,279.05 |
| **TOTAL SECURED:** | **$14,596.16** | **$12,979.67** | **$1,279.05** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$34,765.38** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,663.78 |
| Disbursements to Creditors | $14,258.72 |
| **TOTAL DISBURSEMENTS** : | **$18,922.50** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/12/2015        By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.